STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant KAYUMY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-70863 MAG |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE TO FEBRUARY 13, |
| v. | ) | 2013 |
| | ) | |
| | ) | Hearing Date: January 23, 2013 |
| FAZIL AHMAD KAYUMY, | ) | Time:  9:30 a.m. |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

        The above-captioned matter is set on January 23, 2013 before this Court for a status

hearing.  The parties request that this Court continue the hearing to February 13, 2013 at 9:30

a.m.  The misdemeanor charges in this case are out of the Middle District of Georgia.  The

defense has been discussing Rule 20 resolution of this matter with a prosecutor in that District.

The parties have agreed to the terms of a plea agreement.  The only step that remains is

completing necessary paperwork for the Rule 20 transfer process.  Additional time is needed for

that purpose.

 DATED: January 22, 2013

    __/s/ Andrew Huang_____                   __/s/ Ned Smock_____
ANDREW HUANG                                             NED SMOCK
Assistant United States Attorney                         Assistant Federal Public Defender
Counsel for United States                                Counsel for Fazil Kayumy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-70863 MAG |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| | ) | STIPULATED REQUEST TO CONTINUE |
| v. | ) | HEARING DATE TO FEBRUARY 13, |
| | ) | 2013 |
| FAZIL AHMAD KAYUMY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The parties jointly requested that the hearing in this matter be continued from January 23, 2013 to February 13, 2013. Additional time is needed to complete paperwork to finalize the Rule 20 transfer and plea. Therefore, **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from January 23, 2013 to February 13, 2013 at 9:30 a.m.


DATED: __1/22/13_____          _____

HON. KANDIS WESTMORE
United States Magistrate Judge